# ELECTRONIC RECORD

COA #   05-12-00923-CR                    OFFENSE:   OTH FEL

STYLE:   Freeman, Corey Thomas v. The State of Texas          COUNTY:   Collin

COA DISPOSITION:   AFFIRM          TRIAL COURT:   401st Judicial District Court

DATE: 9/10/2013          Publish: YES   TC CASE #:   401-80780-2011

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Freeman, Corey Thomas v. The State of Texas          CCA #:   1579-13

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

Granted — Vacate & Remand          JUDGE: _____

DATE:   04/02/2014          SIGNED: _____          PC: _____

JUDGE:   Per Curiam          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: · _____

**ELECTRONIC RECORD**